# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case Nos. 5D22-2181
5D22-2182
LT Case Nos. 18-CF-001467-A-Y
22-CF-002207-A-Y
_____

JAMES DELOJAN JENKINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Stephen R. Putnam, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


August 22, 2023


PER CURIAM.

    AFFIRMED.


EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____